IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MONTRA JAMIL HURD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.  CIV-05-559-L |
| ) | |
| LENORA JORDAN, WARDEN, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on May 11, 2006. Petitioner, a state prisoner appearing *pro se*, filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. §2254.  The Magistrate Judge recommended that the petition be denied.

The court file reflects that after receiving an extension of time, petitioner filed a written objection to the Report and Recommendation.  The court has carefully reviewed the objection, but finds that it is insufficient to justify overturning the conclusions of the Magistrate Judge in this matter.  The points raised in petitioner's objection were thoroughly analyzed by the Magistrate Judge and do not provide a basis for relief.  The Magistrate Judge properly chronicled the unique procedural history of this case in determining that petitioner is not entitled to federal habeas relief.  Petitioner's objections are insufficient to justify

overturning the conclusions of the Magistrate Judge, which are well supported by the record and controlling authorities.

Having conducted a *de novo* review of the matter, the court finds that the Report and Recommendation should be adopted in its entirety. The Petition for Writ of Habeas Corpus should be and is hereby **DENIED. This action is DISMISSED.**

It is so ordered this 10th day of July, 2006.

_____
TIM LEONARD
United States District Judge